```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARMONA CARMONA ET AL.,

                 Defendants.

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference in this matter on **September 14, 2022**, at **11:30 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 17, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge