```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARMONA CARMONA and BAIRES NOVOA,

Defendants.

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for September 14, 2022, at 11:30 a.m. is hereby ADJOURNED to **September 20, 2022**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

It is further ORDERED that the time from August 30, 2022, through September 20, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to begin to produce and review discovery, as well as explore pretrial resolutions.

SO ORDERED.

Dated: August 19, 2022
New York, New York

ANALISA TORRES
United States District Judge