UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARMONA CARMONA and BAIRES NOVOA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter dated October 6, 2022.  ECF No. 15.  The Court shall not retain jurisdiction over the protective order following termination of this action.  By **October 14, 2022**, the parties shall submit a revised protective order.

SO ORDERED.

Dated: October 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge