USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2023_

**Federal Defenders**
OF NEW YORK, INC.

52 Duane

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 8, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Carmona Carmona & Baires Novoa**
              **22 Cr. 434 (AT)**

Dear Judge Torres:

    I write, as counsel to Axel Carmona Carmona in the above-captioned matter, to respectfully request a modification to Mr. Carmona Carmona's bail conditions. Specifically, Mr. Carmona Carmona requests that the condition of home detention be replaced with a curfew to facilitate his employment. Pretrial services and the government do not object to this request.

    On July 20, 2022, Magistrate Judge Ona T. Wang released Mr. Carmona Carmona to the custody of his aunt and uncle on his own signature and imposed the following conditions: a $50,000 personal recognizance bond, cosigned by three financially responsible persons and secured by property in Granite City, IL; travel restricted to the SDNY/EDNY; surrender all travel documents with no new applications; pretrial services supervision as directed; drug testing and treatment as directed by pretrial services; home detention enforced by GPS monitoring; seek employment; no possession of a firearm/destructive device/weapon; no contact with co-defendant outside the presence of counsel. His conditions were met shortly thereafter.

    Since Mr. Carmona Carmona's release, he has secured employment as a foreman for a construction company. In an email to counsel yesterday, Mr. Carmona Carmona's pretrial services officer suggested that in light of Mr. Carmona Carmona's employment, a curfew may be more appropriate than home detention. The defense agrees. The government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

GRANTED.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge