USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/7/2023_

# Federal Defenders
## OF NEW YORK, INC.

52 Duane

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 7, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **United States v. Carmona Carmona & Baires Novoa**
     **22 Cr. 434 (AT)**

Dear Judge Torres:

  I write, as counsel to Axel Carmona Carmona, to respectfully request an adjournment of the status conference in the above-captioned matter currently scheduled for March 15, 2023. The parties have conferred and are available any time on Tuesday, May 16, 2023; after 11:00 AM on Wednesday, May 17, 2023 and after 11:00AM on Wednesday, May 24, 2023.

  The Government also requests, with the consent of defense counsel for Mr. Carmona Carmona and Mr. Baires Novoa, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow the parties to continue reviewing discovery and discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

  Thank you for your consideration of this request.

---

GRANTED. The status conference scheduled for March 15, 2023, is ADJOURNED to **May 16, 2023**, at **2:00 p.m.**

It is further ORDERED that the time until May 16, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to review discovery, as well as discuss potential pretrial resolutions.

SO ORDERED.

Dated: March 7, 2023
   New York, New York

ANALISA TORRES
United States District Judge