```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARMONA CARMONA and BAIRES NOVOA,

Defendants.

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 20, 2022, the Court scheduled trial for May 8, 2023. Dkt. Entry 9/20/2022. On March 7, 2023, the Court granted the parties' request to adjourn a status conference to May 16, 2023. ECF Nos. 35–36. Accordingly, by **March 27, 2023**, the parties shall submit blackout dates for trial covering the third and fourth quarters of 2023.

SO ORDERED.

Dated: March 7, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge