UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AXEL JESUS CARMONA CARMONA and CRUZ
ALEJANDRO BAIRES NOVOA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/3/2023

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for Defendant Axel Jesus Carmona Carmona, 22 Cr.
434-1, on May 16, 2023, is ADJOURNED *sine die.*

The Court shall hold a change-of-plea hearing for Defendant Cruz Alejandro Baires
Novoa, 22 Cr. 434-2, on **May 16, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States
Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 3, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge