UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AXEL JESUS CARMONA CARMONA and
CRUZ ALEJANDRO BAIRES NOVOA,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/2023
```

22 Cr. 434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 2, 2023, Defendant Axel Jesus Carmona Carmona pleaded guilty to Count One of the Indictment.  Dkt. Entry 5/2/2023; *see also* ECF No. 40.  On May 16, 2023, Defendant Cruz Alejandro Baires Novoa pleaded guilty to Count One of the Indictment.  Dkt. Entry 5/16/2023; *see also* ECF No. 41.  Accordingly, the November 6, 2023 trial date is VACATED.

SO ORDERED.

Dated: May 17, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge