USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2023

# Federal Defenders
## OF NEW YORK, INC.

52 Dua

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Carmona Carmona & Baires Novoa**
            **22 Cr. 434 (AT)**

Dear Judge Torres:

    I write with the consent of the government to respectfully request a 60-day adjournment of Axel Carmona Carmona's sentencing, currently scheduled for September 12, 2023, and a corresponding extension of sentencing submission deadlines. An adjournment is necessary to ensure the effective representation of Mr. Velez at his sentencing. This is Mr. Carmona's first request for a sentencing adjournment.

    Thank you for your consideration of this request.

GRANTED.  The sentencing for Defendants Carmona Carmona and Baires Novoa scheduled for September 12, 2023, is ADJOURNED to **November 14, 2023**, at **1:00 p.m.**  Defendants' submissions are due by **October 31, 2023**.  The Government's submissions are due by **November 7, 2023**.

SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge