# Federal Defenders
## OF NEW YORK, INC.

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2023

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2023

**VIA ECF & EMAIL**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
EMAIL: Torres_NYSDChambers@nysd.uscourts.gov

RE:  **United States v. Axel Jesus Carmona Carmona**
     22 Cr. 434 (AT)

Dear Judge Torres:

    I write to respectfully request that the Court order Pretrial Services to return Mr. Carmona Carmona's passport to Federal Defenders so that we may return it to him. On November 14, 2023, the Court sentenced Mr. Carmona Carmona to time served. Pretrial Services has informed us it requires an order from the Court to return Mr. Carmona Carmona's passport. Thank you for the Court's consideration.

GRANTED.

SO ORDERED.

Dated: November 21, 2023
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge